THOMAS et al vs SASS et al.

Opinion delivered September 25, 1902.

On rehearing. Former opinion affirmed and judgment below reversed.

For former opinion, see 3 Ind. Ter. Rep. 545 (64 S.W.531).

GILL, C. J. This case stands upon rehearing, motion for same having been presented, and allowed by the court of appeals. The court has re-examined the case in connection with the rehearing allowed in its companion case,—Sass vs Thomas, 4 Ind. Ter. Rep.—(69 S. W. 893),—and we see no reason for changing or modifying the opinion heretofore announced in this case, and reported in 3 Ind. Ter. Rep. 545 (64 S. W., at page 531), and the opinion of the court will stand as therein reported, the case being reversed and remanded, with instructions to the lower court to dissolve the perpetual injunction.

Reversed and remanded.